No. 154. AKERMAN *v.* UNITED STATES; and
No. 155. BOURQUIN *v.* UNITED STATES.  Certiorari denied. *Robert H. Anderson* and *John J. Carmody* for petitioner in No. 154. Petitioner *pro se* in No. 155. *Solicitor General Perlman, Assistant*

*Attorney General Ford, Frederick Bernays Wiener, Paul A. Sweeney* and *Melvin Richter* for the United States.

